**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Ruben Alberto Montano CASTRO,**
**Defendant-Appellant.**

**No. 16-17555**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(September 22, 2017)

Jillian M. Jewell, Germaine Seider, Arthur Lee Bentley, III, Taylor G. Stout, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Before MARCUS, ROSENBAUM and FAY, Circuit Judges.

PER CURIAM:

Grady Irvin, appointed counsel for Ruben Alberto Montano Castro in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Castro's conviction and sentence are **AFFIRMED**.